NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OLE K. NILSSEN,**
*Plaintiff,*

AND

**GEO FOUNDATION, LTD.,**
*Plaintiff-Appellant,*

v.

**WAL-MART STORES, INC.,**
*Defendant-Appellee,*

AND

**COSTCO WHOLESALE CORP.,**
*Defendant-Appellee,*

AND

**MENARD, INC., ACE HARDWARE CORP., TRUSERV CORPORATION, AND HOME DEPOT, INC.,**
*Defendants,*

AND

**LOWE'S HOME CENTERS, INC.,**
*Defendant-Appellee,*

AND

**IKEA ILLINOIS, LLC,**
*Defendant-Appellee.*

---

2010-1139

Appeal from the United States District Court for the Northern District of Illinois in case no. 04-CV-5363, Judge Robert W. Gettleman.

## ON MOTION

## ORDER

Upon consideration of the parties' supplemental filings regarding *Therasense, Inc. v. Becton, Dickinson & Co.*, __ F.3d __, 2008-1511 et al (Fed. Cir. May 25, 2011),

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted.

(2) The case will be placed on the next available oral argument calendar.

(3) The parties' supplemental briefings shall be transmitted to the merits panel assigned to the appeal.

FOR THE COURT

AUG 2 2 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Leland W. Hutchinson, Jr., Esq.
Anthony J. Fitzpatrick, Esq.
Margaret M. Duncan, Esq.
Kimball R. Anderson, Esq.
Gary William Smith, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2011

JAN HORBALY
CLERK